**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1546**

———————

HENRY W. BORGEN,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-01-1754-AW)

———————

Submitted:  July 25, 2002              Decided:  July 31, 2002

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Henry W. Borgen, Appellant Pro Se.  Jamie M. Bennett, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry W. Borgen appeals the district court's order granting the motion of the Commissioner of Social Security to dismiss Borgen's complaint for failure to exhaust administrative remedies. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See Borgen v. Barnhart, No. CA-01-1754-AW (D. Md. filed May, 3, 2002; entered May 6, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED